**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

    vs.                                      **CASE NO: 3:99-131-01 (PG)**

**ANIBAL ORTEGA-GUERRA**

* * * * * * * * * * * * * * * * *

**MOTION REQUESTING MODIFICATION OF SUPERVISION CONDITIONS**

TO THE HONORABLE JUAN PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Anibal Ortega-Guerra, who on January 25, 2000, was sentenced to an imprisonment term of thirty-seven (37) months after he plead guilty to violating Title 21 U.S.C. Section 841(a)(1). A supervised release term of five (5) years was also imposed with the special conditions of providing financial disclosure and participating in a vocational training and/or job placement program. A special monetary assessment in the amount of $100 was also imposed which he has paid. On January 15, 2002, the offender was released from custody at which time the supervised release term commenced.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    To better monitor Mr. Ortega-Guerra, he has agreed to submit his person, residence, vehicle and office to a search, conducted by a U.S. Probation Officer at a reasonable time

and manner, as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release signed by him on July 12, 2005.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Ortega's conditions of supervision to require that he submit his person, residence, office or vehicles to a search conducted by a U.S. Probation Officer, as cited on the PROB 49 - Waiver of Hearing to Modify Conditions of Supervised Release signed by him on July 12, 2005.

In San Juan, Puerto Rico, this 17th day of August 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building , Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August  , 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: H. S. García, U.S. Attorney, and Joseph Laws, Jr, Federal Public Defender.

In San Juan, Puerto Rico, this 17th day of August 2005.

    s/ Yvette Villegas-Otero
    Yvette Villegas-Otero
    U.S. Probation Officer
    150 Carlos Chardón Ave.
    Federal Office Building, Office 400
    San Juan, PR 00918
    Tel. No. (787) 771-3630
    Fax No. (787) 766-5945
    yvette_villegas@prp.uscourts.gov